■ Rosalie Ciraulo, Respondent, v. Nicholas Ciraulo, Appellant.—In an action by plaintiff wife for a judicial separation, the defendant husband appeals, as limited by his brief: (1) from so much of an order of the Supreme Court, Queens County, dated December 3, 1962, as awarded the wife $75 a week, as alimony *pendente lite*, granted her the exclusive occupancy of the house owned jointly by the parties, and directed him to pay all carrying charges on the house; and (2) from an order of said court dated December 28, 1962, made upon reargument, which adhered to the original decision. Appeal from order of December 3, 1962, dismissed. Such order was superseded by the subsequent order dated December 28, 1962, made on reargument. Order dated December 28, 1962, insofar as appealed from, affirmed, with $10 costs and disbursements (see *Goldberg* v. *Goldberg*, 4 A D 2d 884). Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.